**FILED**

05/31/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0643

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 21-0643

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.                                  O R D E R

JENNIFER RENEE SKAW,

      Defendant and Appellant.

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Jennifer B. Lint, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 31 2023